UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL STEPHEN,

                              Plaintiff,

               -v -

TERRY HALL, *et al.*,

                            Defendants.

19-CV-2225 (JPO)

ORDER DENYING IFP APPLICATION

J. PAUL OETKEN, District Judge:

    Plaintiff has filed an application to proceed *in forma pauperis* for the purposes of an appeal of this Court's order of service. (Dkt. No. 16.) However, the Court has already certified that an appeal of said order would not be undertaken in good faith pursuant to 28 U.S.C. § 1915(a)(3). (Dkt. No. 14 at 3–4.)

    Accordingly, leave to proceed with an appeal without prepayment of fees is denied.

    SO ORDERED.

Dated: December 2, 2019
       New York, New York

                                              J. PAUL OETKEN
                                         United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*