UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL STEPHEN,

                Plaintiff,

-v-

TERRY HALL, *et al.*,

                Defendants.

19-CV-2225 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has filed a request to extend his time to file an appeal of this Court's decision denying his application to proceed *in forma pauperis* for the purpose of appealing this Court's order of service. (Dkt. No. 20.) Due to his *pro se* status, and the fact that he was mourning for religious reasons, Plaintiff has shown the requisite "excusable neglect or good cause" required by Rule 4(a)(5)(A)(ii) of the Federal Rules of Appellate Procedure.

    Accordingly, Plaintiff shall file any notice of appeal on or before January 30, 2020.

    SO ORDERED.

Dated: January 16, 2020
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*