UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL STEPHEN,

    Plaintiff,

-v-

TERRY HALL, *et al.*,

    Defendants.

19-CV-2225 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 12, 2020, Plaintiff filed a letter with the Court requesting that the Clerk of Court issue summonses against Defendants Terry Hall and David Jakab. (Dkt. No. 27.) However, the Order of Service in this case was issued on October 29, 2019. (Dkt. No. 14.) Plaintiff chose to appeal that Order of Service. (Dkt. No. 17.) Because Plaintiff chose to appeal, the Clerk of Court cannot issue summonses until either the Second Circuit resolves his appeal or Plaintiff withdraws his appeal.

Accordingly, his request is DENIED.

SO ORDERED.

Dated: February 18, 2020
    New York, New York

                                     J. PAUL OETKEN
                                  United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*