UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARYL STEPHEN,<br><br>                       Plaintiff,<br><br>-against-<br><br>TERRY HALL and DAVID JAKAB d/b/a DAVID JAKAB BAIL BONDS,<br><br>                       Defendants. | 19-CV-2225 (JPO) (VF)<br><br>**VALENTIN ORDER** |

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the Second Circuit's guidance in <u>Valentin v. Dinkins</u>, 121 F.3d 72, 76 (2d Cir. 1997), on October 11, 2022, this Court issued an Order directing counsel for Defendant David Jakab's business, David Jakab Bail Bonds LLC, under <u>Valentin</u>, to ascertain and provide Plaintiff Daryl Stephen (who is proceeding *pro se* and *in forma pauperis*) and the Court with an address or addresses where Defendants Jakab and Terry Hall can be served. <u>See</u> ECF No. 52.[1]

On October 12, 2022 a copy of the Order and Plaintiff's Third Amended Complaint (ECF No. 33) was mailed to 5 Centre St, Hempstead, NY 11550 (which appeared to be a location of Defendant Jakab's business), but on October 31, 2022, the mailed notice was returned to the court, noting it was "unable to [be] forward[ed]." In light of Plaintiff's *pro se* status, the Court will assist Plaintiff with one final attempt to identify the service addresses of Defendants Jakab and Hall by directing the Clerk of Court to mail this Order to the alternative address for David Jakab Bail Bonds LLC provided below.

---

[1] The <u>Valentin</u> Order at ECF No. 52 contains a summary of the relevant procedural history and actions taken to date to effect service on Defendants.

Counsel for David Jakab Bail Bonds LLC is directed, to the extent he or she is able, to ascertain the address or addresses where Terry Hall and David Jakab may be served. Counsel is directed to provide this information to Plaintiff and the Court within 60 days of the date of this order. Once addresses for Hall and Jakab are received, the Court will issue an order directing the Clerk of Court to complete United State Marshals Service Process Receipt and Return forms (USM-285 forms) with those addresses and to deliver to the U.S. Marshals Service all documents necessary to effect service on Hall and Jakab.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this Order and the Third Amended Complaint (ECF No. 33) to David Jakab Bail Bonds LLC, at: 6277 Carolina Commons Drive, Indian Land, South Carolina 29707, Ste 600 #326. Counsel for David Jakab Bail Bonds LLC is directed to provide service addresses for Defendants Jakab and Hall within 60 days of the date of this order. The Clerk of Court is directed to terminate the motions at ECF Nos. 47 and 49.

**SO ORDERED.**

Dated:  November 2, 2022
        New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge

Copies to:

Daryl Stephen
1316 Sterling Place
Apt. 1R
Brooklyn, NY 11213

David Jakab Bail Bonds
6277 Carolina Commons Drive
Indian Land, SC 29707
Ste 600 #326